UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA L. EACHUS, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-944 |
| ) | Judge Aleta A. Trauger |
| ) | |
| WILLIAM "BILL" EDWARD HASLAM, ) | |
| GOVERNOR OF THE STATE OF ) | |
| TENNESSEE, IN HIS OFFICIAL ) | |
| CAPACITY; and JOHN DREYZEHNMER, ) | |
| M.D., COMMISSIONER OF THE ) | |
| TENNESSEE DEPARTMENT OF HEALTH, ) | |
| IN HIS OFFICIAL CAPACITY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss filed by the defendants (Docket No. 9) is **GRANTED**. The plaintiff Patricia L. Eachus, M.D.'s claims of discriminatory discharge under Title VII and the ADEA, and her claim of retaliatory discharge under Tennessee common law are **DISMISSED WITH PREJUDICE**. Dr. Eachus's claims of hostile work environment under Title VII, the ADEA, and the ADA, and her claim of failure to accommodate under the ADA are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

Enter this 27th day of January 2016.

ALETA A. TRAUGER
United States District Judge

1